**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                           Civil Action No. 8:13-cv-02707-PWG

JOHN DOE, subscriber assigned IP address
96.231.210.32,

    Defendant.
                                   /

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 96.231.210.32. After due search, careful inquiry and diligent attempts Plaintiff has been unable to serve Defendant. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 12, 2014

                                                  Respectfully submitted,

                                                  By:    /s/ *Jon A. Hoppe*
                                                  Jon A. Hoppe, Esquire
                                                  jhoppe@mhhhlawfirm.com
                                                  MADDOX, HOPPE, HOOFNAGLE &
                                                  HAFEY, L.L.C.
                                                  1401 Mercantile Lane #105
                                                  Largo, Maryland 20774
                                                  Phone: 301-341-2580

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                         By:  /s/ Jon A. Hoppe_____  
                                         Jon A. Hoppe